GREENBERG TRAURIG, LLP
KATHLEEN E. FINNERTY (SBN 157638)
THOMAS A. WOODS     (SBN 210050)
1201 K Street, Suite 1100
Sacramento, California 95814-3938
Telephone:   (916) 442-1111
Facsimile:    (916) 448-1709
finnertyk@gtlaw.com

Attorneys for Defendants
Albert Craig Cox, Anna Cox and Albert Craig Cox, as
Trustee of the Cox Family Trust

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CV-01591-MCE-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF SETTLEMENT ENFORCEMENT MOTION** |
| vs. | |
| ALBERT CRAIG COX, ANNA COX, ALBERT CRAIG COX as Trustee for the COX FAMILY TRUST, | |
| Defendants. | |

On August 13, 2008, at 9:00 a.m., in Courtroom 7, of the above-referenced Court, located at 501 I Street, Sacramento, California 95814, Defendants, Albert C. Cox, Anna Cox, and the Cox Family Trust ("Defendants"), by and through their counsel, brought their application for an ex parte order to continue the hearing on Plaintiff's Motion for Summary Judgment and protective order staying discovery until resolution of Defendants' Motion to Enforce the Parties' Settlement Agreement, set for hearing on October 3, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

1  After consideration of the papers in support and in opposition, and upon
2  consideration of all of the evidence and oral argument related to the motion, and for
3  good cause shown:
4  **IT IS ORDERED:**
5  That Defendants' Ex Parte Application to Continue the Hearing on
6  Plaintiff's Motion for Summary Judgment and Protective Order Staying
7  Discovery Pending Resolution of Settlement Enforcement Motion is GRANTED.
8  Defendants' responses to pending discovery shall be due on or before
9  September 26, 2008. The hearing on Plaintiff's Motion for Summary Judgment is
10 continued until October 31, 2008.
11 DATED: August 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com